No. 88–1053. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consid-

eration or decision of this petition.